IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| **KIMBERLY GIFFIN**, <br><br> Plaintiff, <br><br> v. <br><br> **ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY**, <br><br> Defendant. | Cause No. CV **18-00116-DLC-RWA** <br><br><br> ORDER OF DISMISSAL <br> WITH PREJUDICE |

Pursuant to the Stipulation for Dismissal with Prejudice, and for good cause,

IT IS HEREBY ORDERED that Plaintiffs' Complaint filed herein is dismissed with prejudice, as fully settled upon the merits. Each party to bear their own costs.

Done and dated in Butte this 13th day of May, 2019.

                                               /s/ Richard W. Anderson
                                              RICHARD W. ANDERSON
                                              UNITED STATES MAGISTRATE JUDGE